UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-21027-CR-HUCK

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JULIO LLANESSA

    Defendant.
_____/

### NEBBIA STIPULATION

Alexander F. Fox, counsel for the Defendant, Julio Llanessa, and Assistant United States Attorney Cristina Perez-Soto, hereby submit this *Nebbia* Stipulation, and stipulate that the Defendant has satisfied the *Nebbia* requirements for the $150,000.00 corporate surety bond and the $100,000.00 10% bond set by Magistrate Judge Robert Dube on December 8, 2009.

/S/Alexander F. Fox
Alexander Fox
Florida Bar No.: 167886
**ALEXANDER FOX, P.A.**
2525 Ponce de Leon Blvd.
Suite 1225
Coral Gables, FL 33134
Tel.: 305-448-1033
Fax: 305-779-3561
alexfox@alexanderfoxlaw.com

Cristina Perez-Soto, AUSA
Court ID No. A5501166
**U.S. ATTORNEYS OFFICE**
99 N.E. 4th Street
4th Floor
Miami, Florida 33132
Tel: 305-961-9122
Fax: 305-579-9749
Cristina.Soto@usdoj.gov

**ORDERED and APPROVED** in Chambers this 29 day of December, 2009.

Robert J. Dube
United States Magistrate Judge